No. 80–6169. STREATER v. UNITED STATES. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6273. PRENZLER v. KAMRATH ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1420. UNCLE BEN'S, INC. v. JOHNSON. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Texas Dept. of Community Affairs* v. *Burdine,* 450 U. S. 248 (1981).

No. 80–1463. MARSHALL, CORRECTIONAL SUPERINTENDENT v. LONBERGER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Sumner* v. *Mata,* 449 U. S. 539 (1981).

No. A–825. MISSOURI ET AL. v. LIDDELL ET AL. C. A. 8th Cir. Application for stay, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–848. DEWEESE v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–858. DEERFIELD MEDICAL CENTER ET AL. v. CITY OF DEERFIELD BEACH ET AL. D. C. S. D. Fla. Application for stay and injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied. JUSTICE BRENNAN would grant the application.